PER CURIAM.
The facts were not sufficiently developed in the record[1] to permit the granting of a summary judgment for National Car Rental, or for the other defendant, Scott Michael Loeber.[2] Therefore the entry of summary judgment is reversed and the cause remanded for further proceedings, which may include, (upon a proper record) consideration of further motions for summary judgments by any party.
The summary judgment under review is reversed with directions.

. Depositions which are not filed and noticed pursuant to 1.310(f)(3), Florida Rules of Civil Procedure, are not properly before a trial court at the time of consideration of a motion for summary judgment, particularly when they are not identified in the motion for summary judgment.

. Even though a summary judgment might have been proper for the owner of the vehicle (which we do not here decide) this would not automatically entitle the driver, defendant Loeber, to a summary judgment. State Farm Mutual Automobile Insurance Company v. Clauson, 511 So. 2d 1085 at 1086 n. 3 (Fla. 3d DCA 1987); Kaczmarek v. Kelly, 479 So.2d 222 (Fla. 5th DCA 1985); Hale v. Adams, 117 So.2d 524 (Fla. 1st DCA 1960).